**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bradley J. Ruggles,<br><br>        Plaintiff,<br>vs.<br><br>City of Scottsdale, et al.,<br><br>        Defendants. | No. CV-18-02950-PHX-SPL<br><br>**ORDER** |

Having considered Plaintiff's Motion for Reconsideration (Doc. 57), the Court will call for a response from Defendant City of Scottsdale. *See* LRCiv 7.2(g)(2) ("No response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court…").

Separately, the Plaintiff filed a motion (Doc. 60) seeking for the Court to consider its Motion for Reconsideration under Federal Rule of Civil Procedure 59(e) instead of under FRCP 60(b). The Plaintiff missed the deadline to file his Motion for Reconsideration under Rule 59(e), as any motion pursuant to FRCP 59(e) is due 28 days after entry of judgment. The Plaintiff filed his Motion for Reconsideration 30 days after entry of judgment.

Accordingly,

**IT IS ORDERED** that Defendant shall have until **January 17, 2020** to file a response to Plaintiff's Motion for Reconsideration (Doc. 57). No reply shall be permitted unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Relief from a Judgment or Order (Doc. 60) is **denied**.

Dated this 18th day of December, 2019.

_____
Honorable Steven P. Logan
United States District Judge